# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| ALSTON A. BENNETT, III, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18cv00087-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2018 Order.

August 2, 2018

_Frank G. John_

Frank G. Johns, Clerk
United States District Court